Case 4:16-cv-02867   Document 25   Filed on 09/27/17 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABDEL K. FUSTOK and MALAK FUSTOK, | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. H-16-2867 |
| BANK OF AMERICA, N.A., | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiffs Abdel K. Fustok and Malak Fustok shall take nothing in their action against Defendant Bank of America, N.A., and Plaintiffs' claims are DISMISSED on the merits with prejudice, and Defendant Bank of America, N.A.'s conditional counterclaim against Plaintiffs Abdel K. Fustok and Malak Fustok is DISMISSED without prejudice as moot.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 27th day of September, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE